IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 03–cr–00202–N

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ORLANDO ASWELL ROBERTS,
    a/k/a "O,"

    Defendant.

# ORDER

Upon consideration of Defendant's motion (#47) to reduce his sentence, and upon the finding that he was represented in this matter by Blake Renner, counsel appointed under the Criminal Justice Act, it is

**ORDERED** as follows:

1.     Blake Renner is hereby appointed to represent Defendant under the provisions of the Criminal Justice Act. Mr. Renner and the clerk shall forthwith complete all CJA forms necessary to complete this appointment. If Defendant wishes to proceed *pro se* without appointed counsel, he shall notify the court in writing within ten days. Similarly, if Mr. Renner cannot accept this appointment, he shall notify the court in writing within ten days.

2. Counsel shall review Defendants filing and may supplement that filing on or before March 28, 2008. The Government shall respond to any filing, as supplemented, no later than April 11, 2008.

Dated this 19th day of February, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge